IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSE LUIS VEGA-GONZALEZ,

        Petitioner,

  v.

STATE OF OREGON,

        Respondent.

Civil No. 06-720-AS

ORDER

ASHMANSKAS, Magistrate Judge.

    IT IS ORDERED that Petitioner's Motion to Voluntarily Dismiss Without Prejudice (#13) is GRANTED.

    IT IS SO ORDERED.

    DATED this __26th__ day of September, 2006.

                      /s/ Donald C. Ashmanskas
                        Donald C. Ashmanskas
                        United States Magistrate Judge

1 - ORDER -

2 - ORDER -                                                    P:\Ashmanskas\06-720gonzalez0926order.wpd